**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELECIA GRAHAM, ) | |
| ) | NO. CV 09-06046-SS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: May 10, 2010.

                                                                ___/S/_____
                                                                SUZANNE H. SEGAL
                                                                 UNITED STATES MAGISTRATE JUDGE